# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BENJAMIN AVENDANO-ROJAS (1),<br><br>　　　　　　　　Defendant. | Criminal Case No. 14CR2219-H<br><br>JUDGMENT AND ORDER OF DISMISSAL |

　　GOOD CAUSE APPEARING and upon the motion of the government, IT IS HEREBY ORDERED that the Information in the above entitled case against defendant Benjamin Avendano-Rojas is **dismissed without prejudice**. The defendant is hereby discharged.

　　IT IS SO ORDERED AND ADJUDGED.

Dated: September 4, 2014

　　　　　　　　　　　　　　　　　　HONORABLE MARILYN L. HUFF
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE